INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Date for examination to proceed to be fixed in order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HENRY STOLL, Respondent, v. LOUIS BUSTANOBY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.; Smith, J., voting for modification so as to exclude the examination of contracts and contract registration.

MARK H. CREHAN, Respondent, v. RALPH G. MEGARGEL and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD DOLMETSCH, Respondent, v. THE EGYPTIAN LACQUER MANUFACTURING COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SAMUEL U. TILTON and Another, Copartners, etc., Respondents, v. MAX SCHWARZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HENRY STOLL, Appellant, v. LOUIS BUSTANOBY, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Transfer Tax upon the Estate of JOHN H. HARBECK, Deceased. COMPTROLLER OF THE STATE OF NEW YORK, Appellant; KATE A. HARBECK, as Executrix and Residuary Legatee of JOHN H. HARBECK, Deceased, and Another, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

BENJAMIN COHEN and Another, Copartners, etc., Respondents, v. BERTRAM J. GOODMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JOSEPH NAGLER, Respondent, v. CORNELL UNIVERSITY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JANET B. HOFFMAN, Respondent, v. HELEN L. PRESTON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.; Clarke, P. J., and Laughlin, J., dissenting on the ground that in their opinion the verdict as to plaintiff's freedom from contributory negligence and the negligence of the defendant was against the weight of the evidence.

MORTON H. MEINHARD and Another, Respondents, v. HARRY J. Mc-